DOROTHY M. BING v. MARY BING.

February 13, 1973.  Petition for certification denied.

FRANK A. WILCOX v.
THE UNKNOWN HEIRS, ETC. DAVID HILLIARD.

February 13, 1973.  Petition for certification denied.

HARRY H. SCHAIBLE, SR. v. RIEGEL PAPER CORP.

February 13, 1973.  Petition for certification denied.

SEA-WOOD LAND CORP. v. LAWRENCE E. BATHGATE, II.

February 13, 1973.  Petition for certification denied.

JOSEPH J. POLCARO v. CITY OF EAST ORANGE.

February 13, 1973.  Petition for certification granted.